COUNSEL LISTED ON SIGNATURE PAGE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DAVID KANNAR, | ) Case No. 08-cv-05505 MMC |
| | ) |
| Plaintiff, | ) **STIPULATION AND [PROPOSED] ORDER** |
| | ) **REQUESTING CONTINUANCE OF** |
| vs. | ) **HEARING DATE AND CONTINUANCE OF** |
| | ) **DATE FOR INITIAL CASE** |
| ALTICOR, INC., AMWAY CORP., QUIXTAR, ACCESS BUSINESS GROUP LLC, NUTRILITE, | ) **MANAGEMENT CONFERENCE** |
| | ) |
| | ) Motion Hearing Date: March 6, 2009 |
| | ) Time: 9:00 a.m. |
| Defendant. | ) |
| | ) CMC Date: March 27, 2009 |
| | ) Time: 10:30 a.m. |
| | ) |
| | ) Courtroom: 7, 19th Floor |
| | ) Judge: Honorable Maxine M. Chesney |
| | ) |
| | ) |
| | ) |

Stipulation and [Proposed] Order Re Continuance of
Hearing Date and CMC
Case No. 08-cv-05505 MMC

DM_US:21914217_1

1  WHEREAS, Defendants Alticor, Inc., Amway Corp., Quixtar and Access Business Group LLC (the "Defendants") filed with this Court a Motion to Transfer Venue to the Western District of Michigan on January 30, 2009, with a noticed hearing date of March 6, 2009 (Doc. No. 11);

2  WHEREAS, Plaintiff, Dr. David Kannar, is today filing an Opposition to the Defendants' Motion and in the alternative, his own Cross-Motion to Transfer Venue to the Central District of California on February 13, 2009, with a noticed hearing date of March 20, 2009;

3  WHEREAS, the two motions relate to the same issue and therefore should be heard by this Court at the same time;

4  WHEREAS, Civil Local Rule 7-7(b)(1) of this Court provides that the parties may continue a hearing date upon stipulation of the parties;

5  WHEREAS, this Court has scheduled the Initial Case Management Conference in this matter for March 27, 2009;

6  WHEREAS, good cause exists for rescheduling the Initial Case Management Conference under Civil Local Rule 16-2(e) because it would be waste of judicial resources for this Court to conduct the conference while Defendants' Motion and Plaintiff's alternative Cross-Motion remain pending;

7  WHEREFORE, the parties hereby stipulate and jointly request that the hearing presently scheduled for March 6, 2009, at 9:00 a.m. on Defendants' Motion to Transfer Venue to the Western District of Michigan (Doc. No. 11) to be continued to March 20, 2009, at 9:00 a.m., to be heard together with Plaintiff's Cross-Motion; and

8  The parties further stipulate and jointly request that the Initial Case Management Conference, presently scheduled for March 27, 2009, at 10:30 a.m. be continued until such date as the Court may choose, after having ruled on the parties' Motions relating to the transfer of venue.

| | | |
|---|---|---|
| 1 | Dated: February 13, 2009 | HOWREY LLP |

                                                   /s/ Paul Alexander
                                       Paul Alexander

                                       PAUL ALEXANDER (SBN 49997)
                                       E-mail: alexanderp@howrey.com
                                       HENRY C. SU (SBN 211202)
                                       E-mail: suh@howrey.com
                                       SARA E. JENKINS (SBN 230097)
                                       E-mail: jenkinss@howrey.com
                                       HOWREY LLP
                                       1950 University Avenue, 4th Floor
                                       East Palo Alto, CA 94303
                                       Telephone:  (650) 798-3500
                                       Facsimile:  (650) 798-3600

                                       Attorneys for Plaintiff
                                       DR. DAVID KANNAR

Dated: February 13, 2009          BRINKS HOFER GILSON & LIONE

                                               /s/ Robert S. Mallin
                                       Robert. S. Mallin

                                       ROBERT S. MALLIN
                                       E-mail: rmallin@brinkshofer.com
                                       BRYAN J. LEITENBERGER
                                       E-mail: bleitenberger@brinkshofer.com
                                       BRINKS HOFER GILSON & LIONE
                                       NBC Tower - Suite 3600
                                       455 N. Cityfront Plaza Drive
                                       Chicago, Illinois 60611
                                       Telephone: (312) 321-4200
                                       Facsimile: (312) 321-4299

1  
2  
3  
4  
5  
6  
7  
8  
9  
10  
11  
12  
13  
14  
15  
16  
17  
18  
19  
20  
21  
22  
23  
24  
25  
26  
27  
28  

JASON R. BARTLETT (CA SBN 214530)  
E-mail: jasonbartlett@mofo.com  
MORRISON & FOERSTER LLP  
425 Market Street  
San Francisco, California 94105  
Telephone: (415) 268-6615  
Facsimile: (415) 268-7522  

Attorneys for Defendants  
ALTICOR, INC., AMWAY CORP., QUIXTAR, ACCESS BUSINESS GROUP LLC

**Filer's attestation**: Pursuant to General Order No. 45, § X(B), I attest under penalty of perjury that concurrence in the filing of the document has been obtained from each of its signatories.

Dated: February 13, 2009           HOWREY LLP

      /s/ Paul Alexander
Paul Alexander
Attorneys for Plaintiff
DR. DAVID KANNAR

PURSUANT TO STIPULATION, IT IS SO ORDERED., with the exception that, in light of the Court's calendar, the hearing on both motions is continued to April 10, 2009.  Further, the Case Management Conference is continued to May 29, 2009.

Date: February 24, 2009           BY: _____
HONORABLE MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE

Stipulation and [Proposed] Order Re Continuance of Hearing Date and CMC
Case No. 08-cv-05505 MMC

-5-

DM_US:21914217_1