ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Dr. David Kannar

Plaintiff,

v.

Alticor, Inc., Amway Corp., Quixtar, Access Business Group LLC, Nutrilite

Defendant.

CASE NO. CV-08-5505 MMC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Robert S. Mallin, whose business address and telephone number is Brinks Hofer Gilson & Lione, NBC Tower, Suite 3600, 455 North Cityfront Plaza Drive, Chicago, IL 60611-5599, Tel: 312.321.4221 Fax: 312.321.4299

and who is an active member in good standing of the bar of Illinois

having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing the Defendants.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: March 24, 2009

Maxine M. Chesney
United States District Judge