IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. DAVID KANNAR,<br><br>    Plaintiff,<br><br>  v.<br><br>ALTICOR, INC., et al.,<br><br>    Defendants.<br>_____/ | No. C-08-5505 MMC<br><br>**ORDER VACATING APRIL 10, 2009 HEARINGS** |

    Before the Court are defendants' Motion to Transfer Venue to the United States District Court for the Western District of Michigan, filed January 30, 2009 and scheduled for hearing April 10, 2009, and plaintiff's Opposition to Defendants' Motion/Cross-Motion to Transfer to the Central District of California, filed February 13, 2009 and likewise scheduled for hearing April 10, 2009.  Having read and considered the papers filed in support of and in opposition to the motions, the Court deems the matters appropriate for decision thereon and hereby VACATES the hearings scheduled for April 10, 2009.

    **IT IS SO ORDERED.**

Dated: April 7, 2009

                                                      MAXINE M. CHESNEY<br>                                                      United States District Judge